**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-8525

RICHARD DEAN MEARS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; UNITED STATES
DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF
PRISONS; JOHN HAHN, Warden; CALVIN WEAVER,
Camp Administrator; ROBERT FLYNN, Counselor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-95-1561-A)

Submitted:  March 21, 1996          Decided:  April 29, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard Dean Mears, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his petition for writ of mandamus. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mears v. United States</u>, No. CA-95-1561-A (E.D. Va. Nov. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2